DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CISNEROS, PEDRO and
CISNEROS, SANJUANITA

Case No. 09-00525-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $13.74, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| CISNEROS, PEDRO and CISNEROS, SANJUANITA | PO BOX 457 CONNELL, WA 99326 | $13.74 |

Dated: January 26, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875676   2/7/11   $13.74